TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
TREVOR FOUNTAIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00079 DJC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| TREVOR FOUNTAIN, | |
| Defendant | |

Defendant TREVOR FOUNTAIN, by and through his counsel of record, TONI WHITE, and the

GOVERNMENT, by and through Assistant United States Attorney JESSICA DELANEY, hereby

stipulate as follows:

1.      By previous order, this matter was set for sentencing on February 19, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to May 21, 2026, at 9:00

a.m., given the time needed to prepare for sentencing. The government does not oppose this request.

3.      Mr. Fountain was due to be evaluated by a psychologist in January as part of his sentencing

preparation. It was anticipated that the evaluation would be provided to the probation department for

consideration as part of the presentence report process. The psychologist that was prepared to

evaluate Mr. Fountain in January has since changed course and stopped accepting panel assignments

1

due to the financial instability surrounding CJA payments. Defense counsel has located a different psychologist to evaluate Mr. Fountain. Defense counsel needs additional time to secure the new psychologist services and have the evaluation completed. As such, defense counsel needs additional time to prepare for sentencing.

4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | May 21, 2026 |
| Reply, or Statement of Non-opposition: | May 14, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 7, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 30, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 23, 2026 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | April 9, 2026 |

IT IS SO STIPULATED.

Dated:  January 29, 2026

ERIC GRANT
United States Attorney

By:    */s/ Jessica Delaney*
JESSICA DELANEY
Assistant U.S. Attorney

2

For the United States

Dated:  January 29, 2026          By:     /s/ Toni White
                                         TONI WHITE
                                         For Defendant
                                         Trevor Fountain

O R D E R

IT IS SO FOUND AND ORDERED this 30th day of January 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE