TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
TREVOR FOUNTAIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:24-CR-00079-DJC-2 |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) |
| | ) |
| TREVOR FOUNTAIN, | ) |
| Defendant. | ) |

Defendant TREVOR FOUNTAIN, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JESSICA DELANEY, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on May 21, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to August 6, 2026, at 9:00 a.m. The GOVERNMENT does not oppose this request.

3.      On February 20, 2026, Mr. Fountain was taken into custody in the District of Colorado based upon violations of his release condition.  Mr. Fountain was then transported to our district, where he first appeared on April 7, 206.  During the period between February 20 and April 7, Mr. Fountain was in a transfer status and was unable to complete a presentence interview with the probation office.

1

Additional time is needed to complete the interview currently scheduled for May 14, 2026. As such, an amended disclosure schedule is needed. A continuance of the sentencing date is necessary to accommodate an amended disclosure schedule that allows enough time for completion of the presentence report.

4.      Additionally, defense counsel is gathering additional mitigation information to present to probation and more time is needed for that process.

5.       The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | August 6, 2026 |
| Reply, or Statement of Non-opposition: | July 30, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 23, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | July 16, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | July 9, 2026 |
| The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel no Later Than: | June 18, 2026 |

IT IS SO STIPULATED.

Dated:  May 4, 2026                          ERIC GRANT
                                             United States Attorney

                                   By:    /s/ Jessica Delaney
                                             JESSICA DELANEY
                                             Assistant U.S. Attorney

For the United States

Dated: May 4, 2026            By:    */s/ Toni White*_____
                                    TONI WHITE
                                    For Defendant
                                    Trevor Fountain


**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of May, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE